COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re Ronald Glenn Hightower

Appellate case number:     01-14-00473-CV

Date motion filed:           September 18, 2014

Party filing motion:         Relator

It is ordered that the motion for rehearing is **denied**.

Judge's signature: /s/ Laura C. Higley
                             Acting for the Court

Panel consists of:  Justices Higley, Bland, and Sharp

Date:  December 16, 2014



Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.48°
02 1W
0001372104 DEC 17 2014

*RTS* Discharge

CASE NO. 01-14-00473-CV
RONALD GLENN HIGHTOWER
#1695949

NIXIE        773   5C 1        0001/02/15

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77002206699        *2633-123B3-17- 47